JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GALINDO FLORES,<br><br>  Petitioner,<br><br>  v.<br><br>THEO WHITE, WARDEN,<br><br>  Respondent. | No. CV 25-5517-DOC(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 11, 2025

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE